IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD MCCLOSKEY,<br><br>Defendant. | No. 23-CR-155-F<br><br>18 U.S.C. §§ 922(g)(1),<br>924(a)(8), and 921(a)(3)<br>(Felon in Possession of Firearms)<br><br>**FORFEITURE NOTICE** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about August 15, 2023, in the District of Wyoming, the Defendant, **RICHARD MCCLOSKEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, namely, a Heckler & Koch, model MP7, 4.6-caliber machine gun, bearing serial number 164029333, and a B&T MP7 suppressor bearing serial number US213136, and the firearms were in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 921(a)(3).

### FORFEITURE NOTICE

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872.

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) set forth in this Indictment, the Defendant shall forfeit to the United States

pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 26, United States Code, Section 5872, any firearms and ammunition involved in the commission of the offense, including but not limited to: a Heckler & Koch, model MP7, 4.6-caliber machine gun, bearing serial number 164029333, and a B&T MP7 suppressor bearing serial number US213136.

A TRUE BILL:

*Ink Signature on File with Clerk's Office*
FOREPERSON

NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | RICHARD MCCLOSKEY |
| **DATE:** | November 14, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | |
| Ct: 1 | **18 U.S.C. §§ 922(g)(1) and 924(a)(8)** (Felon in Possession of a Firearm) |
| | 0-15 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment |
| **AGENT:** | Matthew T. Wright, ATF |
| **AUSA:** | Jonathan C. Coppom, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

1