FILED



*9:46 am, 11/21/23*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.

RICHARD MCCLOSKY

Defendant.

Case Number:   23-cr-155-NDF

Date 11/21/2023   Time 9:18 - 9:25 AM   Before the Honorable   Kelly H. Rankin

☑ Indictment   ☐ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☑ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: Felon in Possession of a Firearm

| MiYon Bowden | FTR Recording | N/A |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Jonathan Coppom | Platte County | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  David Weiss

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**   Date  11/21/2023

(Comments)  Defendant advised of his rights and charges.

WY53

Rev. 07/18/2023

MAGISTRATE CRIMINAL PROCEEDING SHEET

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____  Time _____  Judge _____

☐ Preliminary hearing set for:  Date _____  Time _____
Judge _____  in ____

☐ Revocation hearing set for:  Date _____  Time _____
Judge _____  in ____

☐ Detention hearing set for:
Date _____  Time _____  Judge _____

☐ Removal hearing set for:
Date _____  Time _____  Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____

**Arraignment**

☐ Defendant waives indictment
☐ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☒ Indictment
☐ Complaint

**Defendant enters a plea of**

☑ Not guilty to count(s)
__1__ of an  Indictment
☐ Guilty to count(s)
_____ of an _____

**Not Guilty Plea**

☑ Court orders discovery per rule 16 FRCrP
☑ Photocopy of discovery is permissible
☑ Court orders access to Grand Jury Transcripts
Motions to be filed  ☐ Days  ☐ On or Before  ☐ Discovery
☑ Trial date set for  1/22/24  at 8:30 AM  Before Honorable   Nancy D. Freudenthal
in  Cheyenne, Wyoming (Courtroom 1)
☑ Speedy trial expires on   1/24/2024
☐ Other