

**FILED**

**Margaret Botkins**
**Clerk of Court**

10:24 am, 11/21/23

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 23-CR-155-NDF |
| RICHARD MCCLOSKEY | |
| Defendant, | |

## ORDER GRANTING MOTION FOR GRAND JURY TRANSCRIPTS

In accordance with the request of the Defendant for provision of transcripts of Grand Jury testimony involved in the above-captioned case and there being no objection by the United States to said request, the Court, pursuant to Rule 6(e)(3)(E)(i).

HEREBY ORDERS AND DIRECTS that transcripts of Grand Jury testimony be made available to the Defendant.

Counsel and Defendant are hereby prohibited from revealing the contents of the Grand Jury material referred to in this Order and appropriate sanctions will be imposed upon proof of violation of this prohibition.

Dated this 21st day of November, 2023.

Kelly H. Rankin
Chief United States Magistrate Judge