Jonathan C. Coppom
Wyoming State Bar No. 7-5548
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jonathan.coppom@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD MCCLOSKEY,**<br><br>Defendant. | **Criminal No: 2:23-CR-00155-NDF** |

**ANCILLARY NOTICE OF FORFEITURE**

**TO:** Robert Clifford
910 Avenue E
Powell, WY 82435

**NOTICE IS HEREBY GIVEN** that on April 24, 2024, in the above-captioned case, the United States District Court for the District of Wyoming entered a Preliminary Order of Forfeiture as to Richard McCloskey forfeiting the following property to the United States of America:

a B&T MP7 suppressor bearing serial number US213136.

**YOU ARE HEREBY NOTIFIED** that the United States intends to dispose of this property as provided by law.

Any person claiming a legal right, title, or interest in any of the property described above must petition (see attached document) the United States District Court for the District of Wyoming

for a hearing to adjudicate the validity of the alleged legal interest in this property. The petition must be filed within thirty (30) days of the receipt of this notice or thirty (30) days of the last publication of this notice on forfeiture.gov, whichever is earlier. If a hearing is requested, it shall be held before the Court alone, without a jury.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited property and the time and circumstances of the petitioner's acquisition of the right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

Your petition must be filed with the United States District Court for the District of Wyoming, Criminal Case number 2:23-CR-00155-NDF.

A copy of the petition should be served on Assistant United States Attorney Jonathan C. Coppom, P.O. Box 668, Cheyenne, WY 82003.

Pursuant to 21 U.S.C. § 853(n)(2), the **DEFENDANT IN THE ABOVE-STYLED CASE NOR HIS AGENT ARE ENTITLED TO FILE A PETITION**.

**ANY HEARING** on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the Defendant named above.

**YOU HAVE THE RIGHT** at the hearing to testify and present evidence and witnesses on your own behalf and cross-examine witnesses who appear at the hearing. The United States may present evidence and witnesses in rebuttal and in defense of its claim to the property and cross-examine witnesses who appear at the hearing. In addition to testimony and evidence

presented at the hearing, the Court shall consider the relevant portions of the record of the criminal case which resulted in the Preliminary Order of Forfeiture.

Should you have any questions or would like an electronic copy of the petition please contact Kebin Haller at kebin.haller@usdoj.gov or at (307) 772-2958.

**IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE, OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT, TITLE, AND INTEREST IN THIS PROPERTY SHALL BE LOST AND THE PROPERTY FORFEITED TO THE UNITED STATES OF AMERICA.**

DATED this 24th day of April 2024.

NICHOLAS VASSALLO
United States Attorney

By: *<u>/s/ Jonathan C. Coppom</u>*
JONATHAN C. COPPOM
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

It is hereby certified on the 24th day of April 2024, a true and correct copy of the foregoing Notice of Forfeiture was served upon the following, by Certified, Return Receipt U.S. Mail.

Robert Clifford
910 Avenue E
Powell, WY 82435

*/s/ Kebin Haller*
United States Attorney's Office